**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,

            Plaintiff,

v.

**ROBERT A. EDSON,**

            Defendant.

Case No. 14-03106-14-CR-S-MDH

## **INFORMATION CHARGING PRIOR OFFENSE**

COMES NOW the United States of America, by the United States Attorney for the Western District of Missouri and the undersigned Assistant United States Attorney, and pursuant to Title 21, United States Code, Section 851, files this Information charging defendant, Robert A. Edson who was indicted in this case on April 2, 2015, in Count 1, with conspiracy to distribute 500 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A); in Count 23, with possession with the intent to distribute 500 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and in Count 30 with possession with the intent to distribute 50 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), with having been previously convicted of the following offense:

1

Case 6:14-cr-03106-MDH   Document 136   Filed 04/13/15   Page 1 of 2

(1) On or about June 6, 2006, in the District Court of Fort Bend County, Texas, the defendant was convicted of Felony Possession of a Controlled Substance in case no. 04DCR43247;

which is a felony relating to narcotic drugs under the laws of the United States of America.

The effect of the prior conviction relating to controlled substances is that the defendant is subject to a mandatory minimum sentence of 20 years of imprisonment, and other punishments as set forth in Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) on Counts 1 and 23; and he is subject to a mandatory minimum sentence of 10 years of imprisonment, and other punishments as set forth in Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) on Count 30.

Respectfully submitted,
Tammy Dickinson
United States Attorney

By: */s/ Gary Milligan*
Gary Milligan, DC Bar No. 484813
Assistant United States Attorney
901 St. Louis, Suite 500
Springfield, Missouri 65806
(417) 831 - 4406

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Gary Milligan*
Gary Milligan
Assistant United States Attorney