**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,

              Plaintiff,

v.

**ROBERT A. EDSON,**

              Defendant.

Case No. 14-03106-14-CR-S-MDH

**SUPERCEDING INFORMATION CHARGING PRIOR OFFENSE**

COMES NOW the United States of America, by the United States Attorney for the Western District of Missouri and the undersigned Assistant United States Attorney, and pursuant to Title 21, United States Code, Section 851, files this Superseding Information charging defendant, Robert A. Edson who was indicted by a second superseding indictment in this case on July 22, 2015, in Count 1, with conspiracy to distribute 500 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A); in Count 46, with possession with the intent to distribute 500 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and in Count 62 with possession with the intent to distribute 50 grams or more of a substance or mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), with having been previously convicted of the following offense:

1

(1) On or about June 6, 2006, in the District Court of Fort Bend County, Texas, the defendant was convicted of Felony Possession of a Controlled Substance in case no. 04DCR43247;

which is a felony relating to narcotic drugs under the laws of the United States of America.

The effect of the prior conviction relating to controlled substances is that the defendant is subject to a mandatory minimum sentence of 20 years of imprisonment, and other punishments as set forth in Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) on Counts 1 and 46; and he is subject to a mandatory minimum sentence of 10 years of imprisonment, and other punishments as set forth in Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) on Count 62.

    Respectfully submitted,
    Tammy Dickinson
    United States Attorney

By:   */s/ Randall D. Eggert*
    Randall D. Eggert, Missouri Bar #39404
    Assistant United States Attorney
    901 St. Louis, Suite 500
    Springfield, Missouri 65806
    (417) 831 - 4406

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

    */s/ Randall D. Eggert*
    Randall D. Eggert
    Assistant United States Attorney